85 A.3d 480

**Greg KOCHANOWICZ, Petitioner**

v.

**WORKERS' COMPENSATION APPEAL BOARD (PA LIQUOR CONTROL BOARD), Respondents.**

Supreme Court of Pennsylvania.

Feb. 12, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 12th day of February, 2014, the Petition for Allowance of Appeal is **GRANTED,** the Order of the Commonwealth Court is **VACATED,** and the matter is **RE-MANDED** for reconsideration in light of *Payes v. Workers' Compensation Appeal Board (State Police)*, 621 Pa. 564, 79 A.3d 543, 552 (2013) (holding that, because psychic injury cases are highly fact-sensitive, a reviewing court must give deference to the factfinding functions of the WCJ and limit review to determining whether the WCJ's findings of fact are supported by the evidence).